JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PEREZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants. | No. CV 20-2509-SB (AGR)<br><br>ORDER OF DISMISSAL |

　　　　On October 26, 2020, Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California.  The case was transferred to this judicial district.

　　　　Plaintiff asserts Section 1983 claims asserting violations of the Equal Protection Clause (Claim One), the Eighth Amendment (Claim Three), the Fourth Amendment (Claim Four) and the First Amendment (Claims Five and Six), claims under 42 U.S.C. §§ 1985 and 1986 (Claim Two), and four pendent state law claims under Cal. Civ. Code §§ 52.1 and 51.7.  (Dkt. No. 1, ¶¶ 7-29.)  He seeks unspecified declaratory relief, damages, civil penalties under Cal. Civ. Code § 52,

and injunctive relief from the CDCR Secretary "of proper training of CDCR staff." (*Id.* at 14.)

On December 21, 2020, the Court dismissed the Complaint with leave to file a First Amended Complaint within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely First Amended Complaint will result in dismissal of this action.

Plaintiff failed to file a First Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED:   April 4, 2021

_____
STANLEY BLUMENFELD, JR.
United States District Judge

2